■ In the Matter of JOSEPH E. WASHINGTON, Petitioner, v. W. C. JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Application by petitioner for a writ of mandamus, denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Estate of MATTIE WILLIAMS, Deceased. MAUDE L. REAVIS, as Administratrix De Bonis Non of the Estate of MATTIE WILLIAMS, Deceased, Appellant. LOTTIE V. WILLIAMS et al., Respondents.— Motion by respondents to dismiss appeal from portions of the decree of the Surrogate's Court, Queens County, dated January 24, 1961, denied with leave to renew on the argument of the appeal. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THERESA JOHNSON et al., Appellants, v. MARILYN DENNETT et al., Respondents.— Motion by appellants to dispense with printing the record on appeal denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ ANNA KATZ, Appellant, v. MAX KATZ, Respondent.— Motion by defendant to dismiss plaintiff's appeal from an order made on October 5, 1960, and entered on October 7, 1960, in the Supreme Court, Queens County, denying plaintiff's motion to resettle and modify a judgment of separation entered on May 26, 1957, in an action between the parties. Motion granted, without costs. The order appealed from is one denying a motion to resettle a judgment in its substantive or decretal provisions. Such an order is not appealable (*Genadeen Caterers* v. *Hotel Genadeen*, 277 App. Div. 892; *Cohen* v. *Cohen*, 286 App. Div. 1035, 1036; *Wiggins* v. *Town of Somers*, 8 A D 2d 733; *Amsterdam* v. *Compania Naviera*, 8 A D 2d 947, 948). Even if the appeal were properly here, however, the order sought to be reviewed would be affirmed. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ HARRY D. MENCHER, Respondent, v. MILTON J. SHUCK, Appellant.— Motion by appellant for a stay pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ JOSEPH NOBILE, Appellant, v. GREAT ATLANTIC & PACIFIC TEA CO., INC., Respondent.— Motion by respondent to dismiss appeal granted, with $10 costs, and appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAZARO DACHILLE, Appellant.— Renewed motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Motion by appellant to add the appeal to the April Term Calendar denied; appeal ordered on the calendar for the May Term, commencing April 24, 1961. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST DE BARROS, ·Appellant.— Motion by appellant for leave to reargue his appeal (previously decided by this court on Feb. 20, 1956), from an order denying his *coram nobis* application, and for other relief, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.